UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CITY OF RIVER ROUGE,

    Plaintiff,

v.                                                                                    Case No. 04-74653

UNITED STATES STEEL                                       HONORABLE AVERN COHN
CORPORATION,

    Defendant.
_____/

JOHN HARRINGTON, ANDRA OUDRA,
KAREN WARD, as individuals and
on behalf of others similarly situated,

    Plaintiff,

v.                                                                                    Case No. 04-74654

UNITED STATES STEEL                                       HONORABLE AVERN COHN
CORPORATION,

    Defendant.
_____/

CITY OF ECORSE, CHARLES HUNTER,
KIMBERLY INGLE, BETTY COMPTON,
MARCIA BROWN, TANSLEY ANN CLARKSTON,
and all others similarly situated,

    Plaintiff,

v.                                                                                    Case No. 05-71074

UNITED STATES STEEL                                       HONORABLE AVERN COHN
CORPORATION,

    Defendant.
_____/

**SECOND AMENDED ORDER OF CONSOLIDATION**

On April 21, 2005, the Court entered an Order of Consolidation and Pretrial Order in the captioned cases. The consolidation was too broad. Case No. 04-74653 is not consolidated and shall proceed separately and contemporaneously with the other two cases. Case No. 05-71074 is bifurcated. The case of the City of Ecorse shall proceed separately and contemporaneously with the case of the individual plaintiffs in the case and Case No. 04-74654. The City of Ecorse shall file an amended complaint in Case No. 04-71074 setting forth the allegations supporting its claims. The case of the individual plaintiffs in Case No. 05-71074 and Case No. 04-74654 are consolidated. Within 20 days a consolidated amended complaint of the individual plaintiffs shall be filed. Individual plaintiffs may subsequently file a motion for entry of an order of class certification in the form desired pursuant to the Court's comments at the hearing on November 16, 2005.

SO ORDERED.

      s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: January 18, 2006

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 18, 2006, by electronic and/or ordinary mail.

      s/Julie Owens
Case Manager
(313) 234-5160