UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CITY OF RIVER ROUGE,

    Plaintiff,

v.                                                                                                  Case No. 04-74653

UNITED STATES STEEL                                          HONORABLE AVERN COHN
CORPORATION,

    Defendant.
_____/

JOHN HARRINGTON, ANDRA OUDRA,
KAREN WARD, as individuals and
on behalf of others similarly situated,

    Plaintiff,

v.                                                                                                  Case No. 04-74654

UNITED STATES STEEL                                          HONORABLE AVERN COHN
CORPORATION,

    Defendant.
_____/

CITY OF ECORSE, CHARLES HUNTER,
KIMBERLY INGLE, BETTY COMPTON,
MARCIA BROWN, TANSLEY ANN CLARKSTON,
and all others similarly situated,

    Plaintiff,

v.                                                                                                  Case No. 05-71074

UNITED STATES STEEL                                          HONORABLE AVERN COHN
CORPORATION,

    Defendant.
_____/

**ORDER APPOINTING LEAD AND LIAISON COUNSEL**

Upon agreement of plaintiffs' counsel in the captioned cases, JASON J. THOMPSON of Charfoos & Christiansen, P.C., is appointed lead counsel for the case involving the individual plaintiffs, and liaison counsel for the City of River Rouge and City of Ecorse cases.

IT IS FURTHER ORDERED that for docket efficiency all pleadings shall be filed on case number **04-cv-74653**.

SO ORDERED.

      s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: January 18, 2006

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 18, 2006, by electronic and/or ordinary mail.

      s/Julie Owens
Case Manager
(313) 234-5160