CITY OF RIVER ROUGE, et al.,

    Plaintiffs,                                      Hon: AVERN COHN

v.                                                    Case Nos.   04-74653
                                                                           04-74654
UNITED STATES STEEL CORPORATION,                 05-71074

    Defendant.

_____/

## ORDER AMENDING ORDER ON MOTIONS IN LIMINE

This is an environmental air pollution case brought by the citizens of River Rouge and Ecorse and the cities. The case has been certified as a class action.

On September 17, 2007, the Court held a status conference on the record to discuss several motions in limine and rule on each motion.

On September 19, 2007, the Court entered an Order further memorializing its rulings. In the Order, the Court stated that Defendants' Motion in Limine to Exclude the Toxicology Opinions of Plaintiffs' Expert Witness, Rick P. Harding, Ph.d. (#119 & 81) was denied. This is incorrect. The motion is HELD IN ABEYANCE pending completion of the Joint Final Pretrial Order.

    SO ORDERED.

Dated: October 18, 2007                      s/Avern Cohn
                                                        AVERN COHN
                                                        UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, October 18, 2007, by electronic and/or ordinary mail.

        s/Julie Owens
Case Manager, (313) 234-5160